U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB -6 2009
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

**TERRY A. DAKE, LTD.**
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| PRIME EXCAVATION, INC. | Case No. 2:08-BK-00154-RTBP |
| Debtor. | |
| ROBERT A. MACKENZIE, Trustee | **Adversary No. 2:08-AP-712** |
| Plaintiff, | |
| v. | |
| ELISE TOWNSEND:<br>JAMES WARREN TOWNSEND; | |
| Defendant. | |

**CERTIFICATION OF JUDGMENT FOR
REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court for the District of Arizona, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on December 9, 2008 as it appears in the records of this court and that no notice of appeal has been filed, and no motion of the kind set forth in Federal Rule Of Civil Procedure 60, as made applicable by Federal Rule

1 | Of Bankruptcy Procedure 9024 has been filed.

2 | DATED this 3rd day of February, 2009.

*CLERK OF THE COURT*
*United States Bankruptcy*

By **S. Murillo**
Deputy Clerk

**SO ORDERED.**

Dated: December 09, 2008

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

1. *TERRY A. DAKE, LTD.*
   11811 North Tatum Boulevard
2. Suite 3031
   Phoenix, Arizona 85028-1621
3. Telephone: (480) 368-5199
   Facsimile: (480) 368-5198
4. tdake@cox.net

5. **Terry A. Dake - 009656**

6. Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| PRIME EXCAVATION, INC. | Case No. 2:08-BK-00154-RTBP |
| Debtor. | |
| ROBERT A. MACKENZIE, Trustee | Adversary No. 2:08-AP-712 |
| Plaintiff, | |
| v. | |
| ELISE TOWNSEND; JAMES WARREN TOWNSEND; | |
| Defendants. | |

**DEFAULT JUDGMENT**

This matter having come before the Court upon the Motion For Default Judgment wherein a default judgment is requested against the Defendants in the above-entitled adversary proceeding pursuant to Fed. R. Civ. P. 55 as incorporated by Bankruptcy Rule 7055; and

This Court finding, based upon an Affidavit filed herein, that the Defendants have failed to plead or otherwise defend the Complaint filed by the Plaintiff herein; and the Court finding that there is no just reason to delay the entry of a judgment against the Defendants; therefore

*GRANTED* (watermark)

I HEREBY CERTIFY THAT THE ANNEXED INSTRUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THE OFFICE OF THE BANKRUPTCY CLERK

DATED: 12/12/08  _____
AUTHORIZED DEPUTY CLERK

1    **IT IS HEREBY ORDERED** that judgment shall be and is hereby
2    entered in favor of the Plaintiff and against Defendants Elise Townsend
3    and James Warren Townsend as follows:
4        A.  The transfer of the debtor's $180,000.00 to the defendants
5    is avoided pursuant to 11 U.S.C. §548(a)(1)(A) and/or §548(a)(1)(B)
6    and/or 11 U.S.C. §544(b) and A.R.S. §44-1001 et seq.
7        B.  The defendants, jointly and severally, shall pay to the
8    trustee $50,000.00 pursuant to 11 U.S.C. §550(a), along with costs of
9    $250.00, attorneys' fees of $500.00, along with reasonable attorneys'
10   fees and costs incurred in collection.
11       C.  The defendants shall pay interest on all amounts awarded
12   at the federal district court judgment rate from the date of this
13   judgment until satisfaction.
14                    DATED AND SIGNED ABOVE.
15
16   COPY mailed December 1, 2008 to:
17   Elise Townsend
     7040 E. Greenview Cove
     Pass Christian, MS 39571
18
19   James Warren Townsend
     7040 E. Greenview Cove
     Pass Christian, MS 39571
20
21   /s/ TD009656

28                            2

*GRANTED* (watermark)